UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                                    Case No. 8:06-cr-472-T-17TGW

MIGUEL A. RENDON, a/k/a "Coco",

**FINAL JUDGMENT OF FORFEITURE AS TO CERTAIN REAL PROPERTY**

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for the following real properties:

(a) Real property, including all improvements thereon and appurtenances thereto located at 1705 Suponic Avenue, Sarasota, Florida 34243, and legally described as follows:

Lot 15, SHERMAN-STUART SUBDIVISION, as per plat thereof recorded in Plat Book 8, page 29, of the Public Records of Manatee County, Florida; and

(b) Real property, including all improvements thereon and appurtenances thereto located at 610 & 612 63rd Avenue West, (Duplex), Palmetto, Florida, and legally described as follows:

Lot 7, VOGELSANG'S BRASOTA MANOR SUBDIVISION, as per plat thereof recorded in Plat Book 9, page 7 of the Public Records of Manatee County, Florida.

Parcel Identification Number: 64546.0000/5.

1. On August 1, 2008, the Court entered the Preliminary Order of Forfeiture as to Specific Property and Forfeiture Money Judgment. (Doc. 141).

2. On September 18, 2008, Rendon was sentenced, and the real properties were found subject to forfeiture and included in his Judgment. (Docs. 144, 150).

3. The only entity known to have any potential interest in 1705 Suponic Avenue and 610 & 612 63rd Avenue West is the Manatee County Tax Collector. Although the United States did not send the Tax Collector direct written notice, the government recognizes that, in order to pass clear title, it must satisfy any outstanding taxes due and owing, to the extent there are any, at the time of sale.

4. In accordance with 21 U.S.C. § 853(n)[1] and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture, and of its intent to dispose of the real properties, on the official government website, www.forfeiture.gov, from December 8, 2008 through January 6, 2009 (Doc. 178). The publication gave notice to all third parties with a legal interest in the real properties to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

---

[1] As provided in 28 U.S.C. § 2461(c), the procedures set forth in 21 U.S.C. § 853 govern this forfeiture.

2

5.      No person or entity, other than defendant Rendon, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture as to Specific Property, and the Tax Collector are known to have an interest in the real properties. No third party has filed a petition of ownership, and the time for filing such Petition has expired.

6.      The Court finds that 1705 Suponic Avenue and 610 & 612 63rd Avenue West are the property of defendant Miguel A. Rendon.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion is GRANTED. It is FURTHER ORDERED that all right, title and interest in the 1705 Suponic Avenue and 610 & 612 63rd Avenue West are CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), for disposition according to law.

Clear title to the said real properties are now vested in the United States of America.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 14TH day of February, 2012.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE