UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                       CASE NO. 8:06-cr-472-T-17TGW

MIGUEL A. RENDON, a/k/a "Coco"

**PRELIMINARY ORDER OF FORFEITURE FOR SUBSTITUTE ASSETS**

Before the Court is the United States' Motion for a Second Preliminary Order of Forfeiture for Substitute Assets for the following real properties, pursuant to Federal Rule Criminal Procedure 32.2(e)(1) and 21 U.S.C. § 853(p), in partial satisfaction of the defendant's $3,314,000 forfeiture money judgment:

    a.    **611 46th Street Court East, Palmetto, Florida**, which is legally described as follows:

Lot 1 of PALM VIEW PARK SUBDIVISION, as per plat thereof recorded in Plat Book 12, Page 60, of the Public Records of Manatee County, Florida, lying and being in Section 1, Township 34 South, Range 17 East. LESS the East 10 feet thereof. Parcel Identification Number: 22848.0015/9

Begin at the NW corner of Lot 1 of PALM VIEW PARK SUBDIVISION, as per plat thereof recorded in the Public Records of Manatee County, Florida; thence N 84°19'40" W, along the Southerly right-of-way line of 46th Street Court East (Analyn Road), a distance of 88.33 feet to the Westerly right-of-way line of U.S. 41; thence S 20°36'40" W, along said right-of-way, a distance of 106.7 feet; thence S 81°60'07" E, a distance of 115.78 feet to the SW corner of said Lot 1; thence N 05°40'20" E, along the West line of said Lot 1, a distance of 107.52 feet to the Point of Beginning, as per plat thereof recorded in Plat Book 12, Page 60, of the Public Records of Manatee County, Florida. Parcel Identification Number 22848.0010/9

AND

Lot 2 of PALM VIEW PARK SUBDIVISION, as per plat thereof recorded in Plat Book 12, Page 60, of the Public Records of Manatee County, Florida, lying and being in Section 1, Township 34 South, Range 17 East. TOGETHER with the East 10 feet of Lot 1 of said Palm View Park. Parcel Identification Number 22848.0020/9.

b. **704 63rd Avenue West, Bradenton, Florida**, which is legally described as follows:

Lot 9, VOGELSANG'S BRASOTA MANOR, as per plat thereof recorded in Plat Book 9, Page 7, of the Public Records of Manatee County, Florida.

LESS AND EXCEPT that of certain land referred to as Parcel No. 149 in the Order of Taking recorded in O.R. Book 1680, page 1034, of the Public Records of Manatee County, Florida, being more particularly described as follows:

Begin at the Northwest corner of said Lot 9; thence S 89°26'31" E along the North line of said Lot 9 for 73.75 feet to the Northeast corner of said Lot; thence S 00°25'56" W along the East line of said Lot 9 for 1.92 feet; thence N 89°42'21" W for 73.75 feet to an intersection with the West line of said Lot 9; thence N 00°26'53" E along the West line of said Lot 9 for 2.26 feet to the point of beginning. Parcel Identification Number: 64548.0000/1.

The Court finds that pursuant to the provisions of 21 U.S.C. § 853(p) and Fed. R. Crim. P. 32.2(e)(1), the United States is entitled to substitute assets, including but not limited to, the above-referenced property, in partial satisfaction of the defendant's $3,314,000 forfeiture money judgment.

Accordingly, it is hereby

ORDERED and ADJUDGED that the United States' Motion is **GRANTED**.

It is further ORDERED that pursuant to the provisions of 21 U.S.C. § 853(p) and Fed. R. Crim. P. 32.2(e)(1), all of the defendant's right, title, and interest in the property identified above is hereby forfeited to the United States for disposition according to law. Such forfeiture shall be in partial satisfaction of the defendant's forfeiture money judgment in the amount of $3,314,000.

The Court retains jurisdiction to enter any further order necessary for the forfeiture and disposition of this property and to address any third party claim that may be asserted in these proceedings.

DONE and ORDERED in Tampa, Florida, this 27th day of July, 2012.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

3