UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 8:06-cr-472-T-17TGW

MIGUEL A. RENDON, a/k/a "Coco",

### FINAL JUDGMENT OF FORFEITURE AS TO CERTAIN REAL PROPERTY

THIS CAUSE comes before the Court upon the filing of the United States' Motion for a Final Judgment of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for the following real property:

> Real property, including all improvements thereon and appurtenances thereto located at **2114 & 2116 53rd Avenue West, (Duplex), Bradenton, Florida**, and legally described as follows:
>
> Commence at the Northeast corner of Section 15, thence South 60 feet to the South line of Oneco Road; thence West along said South line, 1155 feet for the Point of Beginning; thence South 0 deg. 15'15" West 85 feet; thence South 81 deg. 06'15" East 109.55 feet; thence North 29 deg. 16' East 116.86 feet to a point on said line of Oneco Road; thence West along said South line 165.1 feet to the Point of Beginning as described in O.R. Book 653 Page 919, Public Records of Manatee County, Florida, less North 6 feet for road Right-of-Way per O.R. 744/713, Less: commence at the North East corner of Section 15; thence South 01 deg. 22'25" East to the County Line of construction 33.00 feet; thence South 88 deg. 37'35" West along the said County Line 1155.17 feet; thence South 01 deg. 22'25" East to the South Right-of-Way line of 53rd Avenue West 33.00 feet for the Point of Beginning; thence North 88 deg. 37'35" East along the said South Right-of-Way line 161.72 feet; thence South 29 deg. 16'00" West along the East property line 13.95 feet; thence South 88 deg. 37'35" West 33.89 feet; thence North 88 deg. 17'29" West to a Point on the West property line 121.05 feet; thence North 00 deg. 15'15" East along the said West property line 5.49 feet to the Point of Beginning, containing 1506.02 square feet M/L.

Parcel Identification Number: 60419.1005/7.

1. On August 1, 2008, the Court entered the Preliminary Order of Forfeiture as to Specific Property and Forfeiture Money Judgment. Doc. 141.

2. On September 18, 2008, Rendon was sentenced, and the real property described above was found subject to forfeiture and included in his Judgment. Docs. 144, 150.

3. The only entity known to have any potential interest in the real property is the Manatee County Tax Collector and Carol Rendon, the defendant's spouse. Although the United States did not send the Tax Collector direct written notice, the government recognizes that, in order to pass clear title, it must satisfy any outstanding taxes due and owing, to the extent there are any, at the time of sale. The United States and Carol Rendon have entered into a settlement agreement resolving their interests in the property (among other assets). Specifically, Carol Rendon has agreed that the United States has a 100% ownership interest in the property described above and is entitled to a final judgment of forfeiture.

4. In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture, and of its intent to dispose of the real properties, on the official government website, www.forfeiture.gov, from December 8, 2008 through January 6, 2009. Doc. 178. The publication gave notice to all third parties with a legal interest in the real properties to file with the

Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

5. No person or entity, other than defendant Rendon, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture as to Specific Property, the Tax Collector, and Carol Rendon (who has entered into a settlement agreement with the United States) are known to have an interest in the real property. No third party has filed a petition of ownership, and the time for filing such petition has expired.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion is GRANTED. It is FURTHER ORDERED that all right, title and interest in the duplex located at 2114 and 2116 53rd Avenue West in Bradenton is CONDEMNED and FORFEITED to the United States of America, pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), for disposition according to law.

Clear title to the said real property is now vested in the United States of America.

DONE and ORDERED in Chambers in Tampa, Florida, this 27th day of July, 2012.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

4