UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:06-cr-472-T-17TGW

MIGUEL A. RENDON,
    a/k/a "Coco"

### ORDER GRANTING UNITED STATES' MOTION TO VACATE PRELIMINARY ORDER OF FORFEITURE (DOC. 141) AND FINAL JUDGMENT OF FORFEITURE (DOC. 208) AS TO CERTAIN REAL PROPERTIES

Before the Court is the United States' Motion to Vacate the Preliminary Order of Forfeiture (Doc. 141) and Final Judgment of Forfeiture (Doc. 208) as to Certain Real Properties. Being fully advised in the premises, the court finds that, based on the facts and terms of the Stipulated Settlement Agreement between the United States and Carol Rendon, the Preliminary Order of Forfeiture for the following real properties must be vacated:

    a.    Real property, including all improvements thereon and appurtenances thereto located at 1705 Suponic Avenue, Sarasota, Florida 34243, and legally described as follows:

        Lot 15, SHERMAN-STUART SUBDIVISION, as per plat thereof recorded in Plat Book 8, page 29, of the Public Records of Manatee County, Florida;

    b.    Real property, including all improvements thereon and appurtenances thereto, located at 4320 and 4322 14th Street Circle West, Palmetto, Florida (Snead Island Parcels 2 and 3), and legally described as follows:

        Commence at Southwest corner of U.S. Government Lot 1, Section 16, Township 34 South, Range 17 East; thence North 00° 07' 21" East, along West line of said U.S. Lot 1, a

distance of 464.79 feet; thence South 88° 48' 16" East, 334.21 feet; thence North 32° 48' 44" East, 164.33 feet for a POINT OF BEGINNING; thence continue North 32° 48' 44" East, 159.64 feet; thence North 72° 58' 07" E, 252.16 feet to a point on a curve control line, said point being 19.8 feet, more or less, West of the waters of Terra Ceia Bay; thence South 41° 15' 46" East, along said survey control line, a distance of 85.0 feet to a point being 17.5 feet, more or less, West of said waters of Terra Ceia Bay; thence South 69° 24' 37" West, 409.84 feet to the point of beginning. TOGETHER WITH all lands lying between the aforementioned survey control line and the waters of Terra Ceia Bay, bounded on the North by extended North line that bears North 72° 58' 07" East and on the South by an extended line that bears North 69° 24' 37" East. TOGETHER WITH an easement for ingress/egress over and across the following described property: commence at the Southwest corner of U.S. Government Lot 1, Section 16, Township 34 South, Range 17 East; thence North 00° 07' 21" East, along the West line of U.S. Lot 1, a distance of 464.79 feet; thence South 88° 48' 16" East, 304.86 feet for a point of beginning of said easement; thence continue South 88° 48' 16" East, 29.36 feet; thence North 32° 48' 44" East, 323.97 feet; thence NS 72° 58' 07" West, 38.77 feet; thence South 32° 48' 44" West, 309.73 feet to point of beginning.

Parcel Identification Nos.: 29278.0020/9 and 29278.0025/9;

c. Real property, including all improvements thereon and appurtenances thereto located at 1555 17th Street West, Palmetto, Florida, and legally described as follows:

The West ½, of the Northeast 1/4, of the Northwest 1/4, of the Northeast 1/4, of Section 15, Township 34, South, Range 17 East, Manatee County, Florida, less the road right of way, together with that perpetual non-exclusive easement, rights and privileges set forth in that easement recorded February 12, 1993 in Official Records Book 1399, Page 5927, of the Public Records of Manatee County, Florida.

Parcel Identification Number: 2800310159;

d. Real property, including all improvements thereon and appurtenances thereto located at 1012 11th Avenue West, Palmetto, Florida and 1012 10th Street Drive West (A & B/Duplex), Palmetto, Florida, and legally described as follows:

Lot 10, Block G, North Main St. Addition to Palmetto Fla. As recorded in Plat Book 1, Page 310, of the Public Records of Manatee County, Florida.

Parcel Identification Number: 26851.0000/6;

e. Real property, including all improvements thereon and appurtenances thereto located at 610 & 612 63rd Avenue West, (Duplex), Palmetto, Florida, and legally described as follows:

Lot 7, VOGELSANGS BRASOTA MANOR, Manatee County, Florida.

Parcel Identification Number: 64546.0000/5.

f. Real property, including all improvements thereon and appurtenances thereto located at 1920 53rd Avenue West, Bradenton, Florida, and legally described as follows:

From a point on the South line of Oneco Road, said point being 60 feet South and 660 feet West of the Northeast corner of Section 15, Township 35 South, Range 17 East, run thence West parallel to the South line of said Oneco Road a distance of 90 feet for a point of beginning; thence South parallel to the East line of said Section 15 a distance of 644.69 feet; thence West a distance of 75 feet; thence North a distance of 644.69 feet; thence East a distance of 75 feet to the point of beginning. All of the above described land being bordered on the North side by the said Oneco Road. LESS land for right of way described as follows: Beginning at the NE corner of Section 15, Township 35 South, Range 17 East; thence South 1 deg. 22'25" E, to the centerline of construction 33 feet; thence South 88 deg 37'35" W, along the said centerline 825 feet; thence South 1 deg 22'25" E, to the South right of way line of 53rd Ave West,

3

> 33 feet for the Point of Beginning; thence North 88 deg 37'35" E, along the said South right of way line 75 feet; thence South 1 deg 22'25" E, 8.33 feet; thence South 80 deg 05'52" W, 24.72 feet; thence South 88 deg 37'35" W, to a point on the West property line 50.55 feet; thence North 1 deg 22'25" W, along the West property line 12 feet to the point of beginning.
>
> Parcel Identification Number: 60411.0000/6.

In addition, the Final Judgment of Forfeiture (Doc. 208) for the real properties located at 1705 Suponic Avenue, Sarasota, Florida 34243, and 610 & 612 63rd Avenue West (Duplex), Bradenton, Florida, more particularly described above, must be vacated.

Accordingly, for good cause shown, the motion of the United States is GRANTED.

The Preliminary Order of Forfeiture (Doc. 141), is hereby VACATED as to the following real properties: (a) 1705 Suponic Avenue, Sarasota, Florida 34243; (b) 4320 and 4322 14th Street Circle West, Palmetto, Florida; (c) 1555 17th Street West, Palmetto, Florida; (d) 1012 11th Avenue West, Palmetto, Florida and 1012 10th Street Drive West (A & B/Duplex), Palmetto, Florida; (e) 610 & 612 63rd Avenue West, (Duplex), Palmetto, Florida; and (f) 1920 53rd Avenue West, Bradenton, Florida. In all other respects, the Forfeiture Money Judgment and Preliminary Order of Forfeiture for Specific Assets (Doc. 141) shall remain in full force and effect. Specifically, the $3,314,000.00 forfeiture money judgment against defendant Miguel A. Rendon, and the preliminary order of forfeiture for

$27,930.00 in U.S. currency and the duplex located at 2114 and 2116 53rd Avenue West, Bradenton, Florida shall remain in full force and effect.

In addition, the Final Judgment of Forfeiture (Doc. 208) as to the real properties located at 1705 Suponic Avenue, Sarasota, Florida 34243, and 610 & 612 63rd Avenue West (Duplex), Bradenton, Florida, is hereby VACATED.

The defendant's $3,314,000.00 forfeiture money judgment will be reduced by the $609,197.00 received from Carol Rendon, the $27,930.00 in U.S. currency, and the net proceeds from the sale of real properties located at 2114 and 2116 53rd Avenue West, Bradenton, Florida, 704 63rd Avenue West, Bradenton, Florida, and 611 46th Street Court East, Palmetto, Florida.

**ORDERED** in Tampa, Florida this 9th day of August 2012.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record